# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**THALMUS RASULALA PACE**                                                                   **PETITIONER**

**V.**                        **No. 4:14-cr-23-MPM**

**USA**                        **RESPONDENT**

## MEMORANDUM OPINION

This matter comes before the court on the *pro se* motion of Thalmus Rasulala Pace to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. ECF doc. 54. Pace has since filed an unopposed motion to voluntarily dismiss his § 2255 motion because "[b]ased on Fifth Circuit and Supreme Court precedent, defense counsel believes it is in Mr. Pace's best interest to voluntarily withdraw his motion…." ECF docs. 56, 57. After due consideration, the motion to dismiss will be granted and the § 2255 motion dismissed without prejudice. A final judgment consistent with this memorandum opinion will issue today.

**SO ORDERED,** this the 13th day of April, 2018.

                                                 **/s/ MICHAEL P. MILLS**
                                                 **UNITED STATES DISTRICT JUDGE**
                                                 **NORTHERN DISTRICT OF MISSISSIPPI**